```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
UNITED STATES OF AMERICA,                    :
                                             :
                        Plaintiff,           :
                                             :   18-CR-320 (ALC)
        -against-                            :
                                             :   ORDER
TERRICK WHITAKER,                            :
                                             :
                        Defendant.           :
                                             :
------------------------------------------------------------------ x
```

**ANDREW L. CARTER, JR., District Judge:**

A Violation of Supervised Release Hearing is set for **February 9, 2023** at **2:30 p.m.**

**SO ORDERED.**

**Dated:** New York, New York
February 6, 2023

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**