```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-8-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA,

                             **Plaintiff,**

    -against-                                 18 CR 320 (ALC)

TERRICK WHITAKER,                      **ORDER**

                            **Defendant.**

------------------------------------------------------------------x

**ANDREW L. CARTER, JR., District Judge:**

The Violation of Supervised Release Hearing set for May 9, 2023 is CANCELED.

**SO ORDERED.**

Dated:    New York, New York
            May 8, 2023

                                              */s/ Andrew L. Carter, Jr.*
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**